
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JILLIAN NASTAV, | ) |
| Plaintiff, | ) |
| vs. | ) NO: 1:22-cv-2573 |
| | ) **JURY DEMAND** |
| J. ALEXANDER'S HOLDINGS, INC., a Tennessee Corporation, by and through its authorized agents and employees, and J. ALEXANDER'S RESTAURANTS, LLC., a Tennessee Limited Liability Company, by and through its authorized agents and employees, | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, JILLIAN NASTAV, by and through her attorneys, McNABOLA & ASSOCIATES, LLC, complains of Defendants, J. ALEXANDER'S HOLDINGS, INC., a Tennessee Corporation, by and through its authorized agents and employees, and J. ALEXANDER'S RESTAURANTS, LLC., a Tennessee Limited Liability Company, by and through its authorized agents and employees, as follows:

## INTRODUCTION

*Parties, Jurisdiction and Venue*

1. Plaintiff, JILLIAN NASTAV, is an individual and citizen of the State of Indiana, residing in Crown Point, Indiana.

2. Defendant, J. ALEXANDER'S HOLDINGS, INC., is a corporation incorporated under the laws of Tennessee, having its principal place of business in Houston, Texas.

3. Defendant, J. ALEXANDER'S RESTAURANTS, LLC., is a Limited Liability Company organized under the laws of Tennessee, having its principal place of business in Houston, Texas.

4. The amount in controversy exceeds, exclusive of interests and costs, the sum of Seventy Five Thousand Dollars ($75,000.00).

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332.

6. This Court has personal jurisdiction over J. ALEXANDER'S HOLDINGS, INC., by virtue of the fact that it operates a restaurant and conducts continuous and substantial business in Illinois.

7. This Court has personal jurisdiction over J. ALEXANDER'S RESTAURANTS, LLC., by virtue of the fact that it operates a restaurant and conducts continuous and substantial business in Illinois.

8. Venue is appropriate in the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1391(b)(2), as a substantial part of the events or omissions giving rise to the claim occurred in DuPage County, Illinois.

<div style="text-align:center">

**COUNT I**
*Negligence v. J. Alexander's Holdings, Inc.*

</div>

9. On June 23, 2021, J. ALEXANDER'S HOLDINGS, INC., was engaged in the restaurant operations business.

10. On June 23, 2021, J. ALEXANDER'S HOLDINGS, INC., operated a restaurant known as "J. Alexander's Restaurant" located at 1410 16th Street, Oakbrook, Illinois.

11. On June 23, 2021, JILLIAN NASTAV was a guest at J. Alexander's Restaurant and was seated at a table on an outdoor patio.

12. The aforementioned patio table was equipped with an umbrella that went through a slot in the middle of the table and was intended to be secured to a base on the ground.

13. On June 23, 2021, JILLIAN NASTAV was seriously injured when a gust of wind blew the umbrella into the air and the pole came down striking her in the head.

14. At all times relevant, J. ALEXANDER'S HOLDINGS, INC. owed a duty of reasonable care to members of the public, including JILLIAN NASTAV.

15. On June 23, 2021, J. ALEXANDER'S HOLDINGS, INC., by and through its authorized agents and employees, was negligent in one or more of the following respects:

   a. Failed to secure the patio umbrella;

   b. Allowed table umbrellas to be open on the patio when weather conditions made it unsafe to do so; and

   c. Was otherwise careless or negligent.

16. As a proximate result of one or more of the aforesaid negligent acts or omissions of J. ALEXANDER'S HOLDINGS, INC., by and through its authorized agents and employees, JILLIAN NASTAV suffered permanent injuries, including but not limited to, traumatic brain injury, and as a result has suffered losses of a personal and pecuniary nature, including but not limited to, economic losses, medical expenses, pain and suffering, disfigurement, disability, and loss of normal life. JILLIAN NASTAV has received and continues to receive extensive medical care and treatment for her injuries. These losses have been incurred in the past and are reasonably certain to occur in the future. Some or all of her injuries are permanent.

WHEREFORE, Plaintiff, JILLIAN NASTAV, demands judgment be entered against Defendant, J. ALEXANDER'S HOLDINGS, INC., a Tennessee Corporation, in a sum in excess of the jurisdictional limit of SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS ($75,000.00).

## COUNT II
### *Negligence v. J. Alexander's Restaurants, LLC*

17. On June 23, 2021, J. ALEXANDER'S RESTAURANTS, LLC., was engaged in the restaurant operations business.

18. On June 23, 2021, J. ALEXANDER'S RESTAURANTS, LLC., operated a restaurant known as "J. Alexander's Restaurant" located at 1410 16th Street, Oakbrook, Illinois.

19. On June 23, 2021, JILLIAN NASTAV was a guest at J. Alexander's Restaurant and was seated at a table on an outdoor patio.

20. The aforementioned patio table was equipped with an umbrella that went through a slot in the middle of the table and was intended to be secured to a base on the ground.

21. On June 23, 2021, JILLIAN NASTAV was seriously injured when a gust of wind blew the umbrella into the air and the pole came down striking her in the head.

22. At all times relevant, J. ALEXANDER'S RESTAURANTS, LLC., owed a duty of reasonable care to members of the public, including JILLIAN NASTAV.

23. On June 23, 2021, J. ALEXANDER'S RESTAURANTS, LLC., by and through its authorized agents and employees, was negligent in one or more of the following respects:

   a. Failed to secure the patio umbrella;

   b. Allowed table umbrellas to be open on the patio when weather conditions made it unsafe to do so; and

   c. Was otherwise careless or negligent.

23. As a proximate result of one or more of the aforesaid negligent acts or omissions of J. ALEXANDER'S RESTAURANTS, LLC., by and through its authorized agents and employees, JILLIAN NASTAV suffered permanent injuries, including but not limited to, traumatic brain injury, and as a result has suffered losses of a personal and pecuniary nature,

4

including but not limited to, economic losses, medical expenses, pain and suffering, disfigurement, disability, and loss of normal life. JILLIAN NASTAV has received and continues to receive extensive medical care and treatment for her injuries. These losses have been incurred in the past and are reasonably certain to occur in the future. Some or all of her injuries are permanent.

WHEREFORE, Plaintiff, JILLIAN NASTAV, demands judgment be entered against Defendant, J. ALEXANDER'S RESTAURANTS, LLC., Tennessee Limited Liability Company, in a sum in excess of the jurisdictional limit of SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS ($75,000.00).

    Respectfully submitted,

    /s Terrance M. Nofsinger
    Attorney for Plaintiff

Terrance M. Nofsinger, Esq., #6290350
**McNABOLA & ASSOCIATES, LLC**
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
(312) 888-7000
terry@injuryillinois.com